IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Mickey Leonard Johnson, | ) | C/A No. 0:18-2317-JFA-PJG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| Southern Health Partners; Brandi Galloway; Doctor Williams, | ) | |
| Defendants. | ) | |

Plaintiff, Mickey Leonard Johnson, a self-represented state pretrial detainee filed this civil rights action. By orders issued August 29 and September 28, 2018, Plaintiff was provided an opportunity to submit the documents necessary to bring the case into proper form for evaluation and possible service of process. (ECF Nos. 5 & 9.) Plaintiff was warned that failure to provide the necessary information within a specific time period would subject the case to dismissal. Plaintiff did not respond to the orders and the time for response has lapsed. Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court. Therefore, the case is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. See Link v. Wabash R.R. Co., 370 U.S. 626 (1962).

IT IS SO ORDERED.

October 29, 2018
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge